# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORETTA V. STEVENS,**

      **Plaintiff,**

**v.**                                                    **Case No:  6:11-cv-1674-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's action for review of the final decision of the Commissioner of Social Security denying Supplemental Security Income payments to Plaintiff's son DLB, Jr. (Doc. No. 1) filed on October 17, 2011.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 9, 2013 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The decision of the Commissioner is hereby REVERSED and this case is REMANDED for further proceedings. The Clerk is directed to enter judgment, accordingly.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

- 2 -