# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORETTA V. STEVENS,**

      **Plaintiff,**

**v.**                                           Case No:  6:11-cv-1674-Orl-22KRS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition For Attorney's Fees (Doc. No. 24) filed on February 1, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 4, 2013 (Doc. No. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Uncontested Petition For Attorney's Fees is hereby **GRANTED in part**.

3. The Commissioner is **ORDERED** to pay to Plaintiff $3,987.31 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties